UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARL IRA BOWMAN,

                Plaintiff,

    v.

W. HAYES, *et al.*,

                Defendants.

Case No. C16-381 RSM-BAT

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Objections, and the remaining record. The Court finds that Plaintiff's Objections attempt to improperly introduce new evidence after Plaintiff's Motion for Summary Judgment was fully briefed and noted for consideration. *See* Dkt. #42. Further, Plaintiff's Objections fail to demonstrate factual or legal error in the R&R. Accordingly, the Court finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's motion for summary judgment (Dkt. 32) is **DENIED;** and

3. This case is re-referred to the Honorable Brian A. Tsuchida for further proceedings and the Clerk shall send a copy of this Order to the parties.

DATED this 27 day of December 2016.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1