UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL IRA BOWMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>W. HAYES, et al.,<br><br>      Defendants. | CASE NO. C16-381 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM A DEADLINE |

The Court, having reviewed Plaintiff's Motion to Continue (Dkt. #80), finds that Plaintiff has essentially complied with the requirements of Local Rule 7(j) and that the requested relief is warranted. Accordingly, the Court ORDERS that Plaintiff's Motion is GRANTED. Plaintiff's Objections to the pending Report and Recommendation are now due **April 20, 2017**. The Objections must be filed and served upon all parties no later than that date. If Objections are filed, any response is due within 14 days after being served with the Objections. *See* Dkt. #78.

Dated this 23rd day of March 2017.

                       [signature]
                    RICARDO S. MARTINEZ
                    CHIEF UNITED STATES DISTRICT JUDGE